# Order

Michigan Supreme Court
Lansing, Michigan

November 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153102 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DARNELL McDONALD,
          Defendant-Appellant.

SC: 153102
COA: 329874
Muskegon CC: 09-058132-FC

_____/

On order of the Court, the application for leave to appeal the December 7, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



d1121

Clerk